FILE COPY

No. 07-14-00449-CV

In re Manuel Saldana, Relator § Original Proceeding

§ January 9, 2015

§ Opinion by Justice Campbell

§

**J U D G M E N T**

Pursuant to the opinion of the Court dated January 9, 2015, it is ordered, adjudged and decreed that relator's petition for writ of mandamus is dismissed.

o O o